THOMAS VACCARO, Respondent, v. JOSEPH McKEE, Defendant, and RYE BEACH PLEASURE PARK COMPANY, Appellant.— Order modified so as to provide: 1. That the motion to compel plaintiff to separately state and number the causes of action set forth in the complaint be denied. 2.

That the motion to compel plaintiff to make the complaint more definite and certain be granted in the following particulars: (1) The 2d paragraph, by stating therein definitely by whom plaintiff was employed; (2) the 3d paragraph, by stating who engaged him to do the work, and for whom he was working at the time of the accident; (3) in paragraph 6, by stating definitely which defendant is charged with the negligent act or omission complained of, which defendant was guilty of the negligent acts or omissions complained of. As so modified the order is affirmed, without costs. Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ., concurred.